JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARDINE GOUGIS,<br><br>                    Plaintiff,<br><br>          v.<br><br>CATHY AND JILL NAILS, *et al.*,<br><br>                    Defendants. | Case No. 2:24-cv-04554-FLA (ASx)<br><br>**ORDER DISMISSING ACTION [DKT. 20]** |

1

1    On October 1, 2025, Plaintiff Jardine Gougis ("Plaintiff") filed a Notice of
2 Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 20.
3 Having considered the Notice of Dismissal and finding good cause therefor, the court
4 hereby ORDERS:

5  1. All dates and deadlines governing this action are VACATED. Plaintiff's Motion for Default Judgment, Dkt. 18, is DENIED as moot.
7  2. The court DISMISSES the action without prejudice.

9    IT IS SO ORDERED.

11   Dated: October 2, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

2